UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
HEIDI WERNER,                                       :
                                                    :
              Plaintiff,                              :
                                                    :
  -against-                                        :         **ORDER**
                                                    :         19 CV 1332 (ALC) (KNF)
                                                    :
ENVELOPE CITY, INC., et al.,                        :
                                                    :
              Defendants.                             :
---------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that, with respect to the telephonic status conference scheduled for April 2, 2020, at 10:00 a.m., the parties shall participate in the conference by dialing (888) 557-8511 and, thereafter, entering access code 4862532.

Dated:  New York, New York              SO ORDERED:
         March 25, 2020

                                                                         _Kevin Nathaniel Fox_
                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE