UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HEIDI WARNER,

                       Plaintiff,

  -against-                                             **ORDER**

                                                        19- CV-1332 (MKV) (KNF)
ENVELOPE CITY, INC., SHOP ARCHITECTS,
P.C., CINDY MCLAUGHLIN and TODD
SIGATY,
                     Defendants.

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The time for the parties to complete all pretrial discovery activities is enlarged to August 28, 2020. Any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge. If no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before September 28, 2020. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York                      SO ORDERED:
       June 2, 2020

                                                             *Kevin Nathaniel Fox*
                                                              KEVIN NATHANIEL FOX
                                                              UNITED STATES MAGISTRATE JUDGE