UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HEIDI WERNER,                                          :

               Plaintiff,                        :               **ORDER**

       -against-                                    :
                                                                        19-CV-1332 (MKV)(KNF)
ENVELOPE CITY INC., et al.,                        :

            Defendants.                     :
----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-

captioned action on June 11, 2020, at 12:00 p.m.  All counsel are directed to call (888) 557-8511

and, thereafter, enter access code 4862532.

Dated: New York, New York                        SO ORDERED:
       June 4, 2020

                                                       *Kevin Nathaniel Fox*
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE