```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEIDI WERNER,

                      Plaintiff,

-against-

ENVELOPE CITY, INC., et al.,

                      Defendants.

1:19-cv-01332-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle [ECF No. 49]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **January 15, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). An application to reopen this case will only be approved if a settlement agreement has not been executed. After any agreement has been executed, the Court will not retain jurisdiction over this case absent an order to the contrary.

**SO ORDERED.**

Date: December 15, 2020
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**